AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| **v.** | **Case No. 26-mj-** 1095 |
| **ALEXANDRU-STEFANITA IORDACHE** | |
| *Defendant* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 24, 2026, in the Western District of New York, the defendant, **ALEXANDRU-STEFANITA IORDACHE**, the defendant, an alien, attempted to enter the United States, by eluding or attempting to elude examination by immigration officials.

**All in violation of Title 8, United States Code, Section 1325(a)(2).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

*H. Kenneth Schroeder, Jr.*
_____
*Judge's signature*

Date: June 25, 2026

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE          )     SS:
CITY OF BUFFALO      )

I, Daniel A. Whitten, being duly sworn, deposes and states:

## INTRODUCTION

1.      I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 17 years. Prior to this position, I served as an Officer with the same agency for approximately five years. In such capacity, my duties include investigating persons who have violated federal immigration laws and other related federal statutes.

2.      As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 8, United States Code, Section 1325(a)(2).

3.      I make this affidavit in support of the annexed criminal complaint charging Khvicha Chalisuri, born 1962, a native of Georgia, a citizen of Canada, with knowingly or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, bring to or attempt to bring to the United States in any manner whatsoever such alien, and did not upon arrival immediately bring and present

said alien to an appropriate immigration officer, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii). Additionally, the annexed criminal complaint charges Alexandru-Stefanita Iordache, an alien and citizen of Romania, born 1992, in Romania, with eluding examination or inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2).

4.    The Department of Homeland Security is an agency within the executive branch of the government of the United States and is the agency responsible for making the determination to admit an applicant to the United States. Information concerning an applicant's identity, immigration status, criminal history, and prior immigration history, such as prior removals, visa refusals, and entries, are matters material to an admissibility determination.

5.    The statements contained in the affidavit are based upon my personal knowledge and upon information provided to me by other CBP officers who are known to be reliable. Because the affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning the investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants knowingly violated Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Section 1325(a)(2).

## PROBABLE CAUSE

6.    On or about June 24, 2026, at 3:25 AM Chalisuri was encountered at the Peace

2

Bridge Port of Entry in Buffalo, NY seeking entry to the United States. The primary inspection of Chalisuri was conducted by CBP Officer Michal Stepien. Officer Stepien reported that Chalisuri entered his inspection lane while driving a Highlight Motor Freight commercial truck bearing Ontario plate PA78006. Officer Stepien asked Chalisuri if anyone else was in the truck and he said no. Officer Stepien asked Chalisuri if he had ever been to X-ray and he said yes, he had been a few months ago. Border crossing records indicate that Chalisuri frequently crosses the United States border in the commercial truck lanes at the Peace Bridge Port of Entry in Buffalo, NY. Officer Stepien then referred Chalisuri to X-ray to have the truck and cargo scanned.

7.      Chalisuri drove the truck he was operating to the X-ray scanning area and exited the truck before the scan. Officer Michael Berg was assigned to the VACIS ground crew and reported only seeing one individual present in the truck. Officer Robert Grisanti was driving the XML truck and Officer Jeffrey Tucker was operating the VACIS X-ray (Medium-Energy Light XML/M6500 Mobile Inspection System) and scanned the truck. Officer Tucker noticed an anomaly in the sleeper portion of the cab, which appeared to be a person. See below.



8.    The VACIS crew exited the scanning truck and approached Chalisuri and asked him who was the person still in the truck. Chalisuri stated that it was his co-driver. Officer Berg asked the driver why he thought it was acceptable to leave another passenger in the vehicle while it was being scanned, and Chalisuri said the other passenger was sleeping.

9.    The scan of the truck clearly shows that the individual in the sleeper portion of the truck was standing, not lying down in a manner consistent with how one would sleep. The officers told Chalisuri to tell the other person in the truck to get out of the truck. Chalisuri walked over towards the truck, entered it, and then he and the other individual emerged from the truck. Officer Berg asked the individual who was in the truck during the scan, how long he had worked for the company, and the individual replied two months. The individual then claimed to be Italian and produced an Ontario Driver's License bearing the name Alexandru-Stefanita Iordache, born January 15, 1992. Iordache stated he did not have his passport but showed a photo of a Canadian passport on his phone, bearing the same name and date of birth as the Ontario license. Iordache indicated he had worked for Highlight Motor Freight as a student driver for the past two months. Chalisuri and Iordache were escorted into the secondary building for further inspection.

10.    Supervisory CBP Officer (SCBPO) Lucas Langworthy was working in secondary and asked Iordache where he was born, and he said he was born in Romania. SCBPO Langworthy asked Iordache what his immigration status was in Canada and he said he was an approved refugee. SCBPO Langworthy contacted Canada Border Services Agency

4

telephonically, and it was confirmed that Iordache is a refugee in Canada and that his country of birth is Romania.

11. Electronic database queries failed to show that Iordache has ever applied for, or received, any documents or authorizations from the United States Government that would allow his lawful entry to the United States. Further research failed to reveal any encounters involving any attempts by Iordache to enter the United States, lawfully or unlawfully.

12. CBP Officer Eric Bender conducted a basic border search of Chalisuri's phone. That search revealed that Chalisuri sent a message in the Telegram application that stated, "We are arrested," at 3:47 AM on June 24, 2026, which was approximately twenty minutes after he was referred to X-ray.

13. Your affiant, along with CBP Officer George Mawyin, read Chalisuri the Miranda warning, with a Russian interpreter. Chalisuri acknowledged that he understood his rights and agreed to give a statement without counsel. Chalisuri said that as he drove towards the United States border, he heard someone in the truck say, "please don't stop, let me cross the border". Chalisuri said the person scared him and he was frightened, as he did not know the person was in the truck with him. He went on to state that he continued to drive to the border. Chalisuri claimed that he had never met the individual who he discovered was in his truck. He said that he told the primary officer he was alone, but that he tried to wink at the officer to let him know someone was with him, but did not say anything to the officer. Your affiant contacted Primary Officer Stepien and he stated that Chalisuri did not appear to be

under any duress during the primary inspection. The statements made by Chalisuri during his *Miranda* interview contradict his statements and actions during his encounter with United States Customs and Border Protection officers on the morning of June 24, 2026.

14.    WHEREFORE, your affiant respectfully submits that there is probable cause to believe that on June 24, 2026, Iordache, an alien, did elude and attempt to elude examination and inspection by an immigration officer, in violation of Title 8, United States Code, Section 1325(a)(2).

15.    WHEREFORE, your affiant respectfully submits that there is probable cause to believe that on June 24, 2026, Chalisuri did knowingly or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, bring to or attempt to bring to the United States in any manner whatsoever such alien, and did not upon arrival immediately bring and present said alien to an appropriate immigration officer, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DANIEL A. WHITTEN
Enforcement Officer
U.S. Customs and Border Protection

Sworn to and subscribed to before me telephonically
on me this 25th day of June 2026.

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

6